JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JONES, an individual, doing business as TICKET TO THE MAX and SB-TICKETS.COM,<br><br>　　Plaintiff,<br>v.<br><br>BULLSEYE EVENT GROUP LLC, an Indiana limited liability company doing business as BULLSEYEEVENTGROUP.COM; KYLE KINNETT, an individual and DOES 1-20 INCLUSIVE,<br><br>　　Defendants. | Case No. 2:12-cv-06929-~~PA~~-AJW JGB-<br>Hon. ~~Percy Anderson~~ Jesus G. Bernal<br><br>**[~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:  August 10, 2012 |

**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S FIRST AMENDED COMPLAINT - 2:12-cv-06929-~~PA~~-AJW**

# [PROPOSED] ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Plaintiff's Complaint filed August 10, 2012 and all claims thereto shall be dismissed with prejudice with all parties to bear their own attorneys' fees and costs

Dated: February 28, 2013

JS-6

_____
The Honorable ~~Percy Anderson~~ Jesus G. Bernal
U.S. Federal District Judge
Central District of California